AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Aimee Albrecht,
*Petitioner*
v.
Sheriff of Rock Island County Illinois,
*Respondent*

Civil Action No. 25-cv-4165

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other:  Petitioner's Section 2241 Petition is dismissed for lack of subject matter jurisdiction.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge  Jonathan E Hawley  on a Petition for  Writ of Habeas Corpus.

Date:  10/16/2025

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*