UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

AIMEE ALBRECHT
Petitioner

v.

SHERIFF OF ROCK ISLAND COUNTY, ILLINOIS
Respondent

Case No. 4:25-cv-04165-JEH-RLH

---

**NOTICE OF APPEAL**

Notice is hereby given that Petitioner, Aimee Albrecht, appeals to the United States Court of Appeals for the Seventh Circuit from:

I. The Order entered on November 13, 2025 (Doc. 21), denying Petitioner's Motion to Alter or Amend Judgment under Rule 59(e), and

II. The underlying Judgment and Order entered on October 16, 2025 (Doc. 16), summarily dismissing the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.

This appeal is timely under Federal Rule of Appellate Procedure 4(a)(4), because the Rule 59(e) motion tolled the time to appeal until the entry of the November 13, 2025 order.

This appeal preserves all issues raised in the district court record, including procedural and jurisdictional defects.

Respectfully submitted,

*/s/ Aimee Albrecht*

Aimee Albrecht
Pro Se Petitioner
200 W. Spring Grove Ave
Alexis, IL 61412
309-221-3270
Date: November 20, 2025

## CERTIFICATE OF SERVICE

I certify that on this 20 day of November, 2025, I placed a true and correct copy of the foregoing Notice of Appeal in the United States certified mail, with proper postage prepaid, addressed to:

Austin Richard Carlson

Office of the Rock Island County State's Attorney

1317 3rd Avenue

Rock Island, IL 61201

*/s/ Aimee Albrecht*

Aimee Albrecht