# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

November 20, 2025

**To:** Shig Yasunaga
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

---

Appellate Case No: 25-3096

Caption:
AIMEE ALBRECHT,
        Petitioner - Appellant

v.

ROCK ISLAND COUNTY SHERIFF,
        Respondent - Appellee

District Court No: 4:25-cv-04165-JEH-RLH
Clerk/Agency Rep Shig Yasunaga
Magistrate Judge Jonathan E. Hawley

Date NOA filed in District Court: 11/20/2025

---

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**   (form ID: **188**)